**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:05CR206** |
| vs. | ) | |
| | ) | **ORDER** |
| **ENRIQUE VALERIANO-MUNOZ,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of Carlos A. Monzón for leave to withdraw as counsel for the defendant [18].  The record shows that Jessica L. Milburn has entered his appearance as substitute counsel.

    **IT THEREFORE IS ORDERED** that the Motion to Withdraw [18] is granted.  The Clerk shall terminate the appearance of Carlos A. Monzón as defense counsel and the record shall reflect that Jessica L. Milburn will represent the defendant in this matter.

    **DATED September 1, 2005.**

                                                    **BY THE COURT:**

                                                    **s/ F.A. Gossett
United States Magistrate Judge**